JS 45 (4/24) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**

City: La Crosse

County/Parrish: La Crosse

**Related Case Information:**

Superseding ____ Docket Number 26-cr-99-jdp

Same Defendant 21-cr-72 New Defendant ____

Magistrate Judge Case Number ____

Search Warrant Case Number ____

R 20 / R40 from District of ____

**Defendant information:**

Matter to be Sealed ___ Yes ✔ No

**Def. Name:** Kristopher L. Halverson

**Alias Name:**

**City/State:** La Crosse, WI

**Year of Birth:** 1990 Last 4 digits of SSN ____

**Sex:** Male Race: White

**U.S. Attorney Information:**

AUSA: Elizabeth Altman Bar #: ____

Interpreter: ✔ No ___ Yes List language and/or dialect: ____

**Location Status:**

Arrest Date: ____

✔ Already in Federal Custody as of: ____ in Fairton FCI

___ Already in State Custody

___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1 ___ **Petty** ___ **Misdemeanor** ✔ **Felony**

___ Class A

___ Class B

___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. §2423(b) | Traveled in interstate commerce with a motivating purpose of engaging in sexual activity with a minor | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

**Date:** September 3, 2026 **Signature of AUSA** /s/ Elizabeth Altman