IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.

KRISTOPHER L. HALVERSON,

Defendant.

INFORMATION

Case No. 26-cr-99-jdp
18 U.S.C. § 2423(b)

---

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

On or about July 15, 2019, in the Western District of Wisconsin and elsewhere, the defendant,

KRISTOPHER L. HALVERSON,

knowingly traveled in interstate commerce with a motivating purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person.

(In violation of Title 18, United States Code, Section 2423(b)).

9/2/2026
Date

CHADWICK M. ELGERSMA
United States Attorney